RAY *v.* BANKS.

*Mr. E. J. Justice*, for defendants (appellants).
No counsel, *contra*.

*Per Curiam:* Reversed.   See *The Code*, Section 274.

---

G. D. RAY et als. v. W. B. BANKS et als.

*Special   Proceedings—Partition   Sale—Commissioner—Compensation.*

The compensation to a Commissioner for making partition sale being
  fixed by Section 1910 of *The Code*, no additional allowance can be
  made on account of extra trouble or expense.

SPECIAL PROCEEDING, for the sale of land for partition,
pending in the Superior Court of YANCEY county.   The
Clerk refused to make an allowance to the Commissioner
appointed to sell the land in excess of that allowed by *The*
*Code*, and upon appeal to the Judge of the Superior Court
the Clerk's ruling was reversed and plaintiffs appealed.

*Messrs. Hudgins & Watson*, for plaintiffs (appellants).
*Messrs. W. N. Moore* and *A. C. Avery*, for defendants.

*Per Curiam:* Judgment reversed upon Section 1910 of
*The Code.*